M. Taylor Florence (SBN 159695)
tflorence@lockelord.com
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

**JS-6**

Attorneys for Plaintiff
LEOPOLD XIII SPRL

David Aronoff (SBN 125694)
daronoff@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Facsimile:  (310) 789-4601

Attorneys for Defendants
LIONS GATE ENTERTAINMENT
CORPORATION and LIONS GATE
FILMS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEOPOLD XIII SPRL,<br><br>Plaintiffs,<br><br>v.<br><br>LIONS GATE ENTERTAINMENT CORPORATION AND LIONS GATE FILMS, INC., and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV11-9620 SJO (FFMx)<br><br>**ORDER DISMISSING DEFENDANTS LIONS GATE ENTERTAINMENT CORPORATION and LIONS GATE FILMS, INC. WITH PREJUDICE**<br><br>Honorable S. James Otero |

1 | Pursuant to the stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), entered into by plaintiff Leopold XIII SPRL, on the one hand, and defendants Lions Gate Entertainment Corporation and Lions Gate Films, Inc., on the other hand, for the dismissal with prejudice of this action in its entirety, with said parties to each bear their own costs, expenses and attorneys' fees, and good cause appearing, therefor,

IT IS HEREBY ORDERED AND DECREED as follows:

This action is hereby dismissed with prejudice, with each of the parties bearing its own costs, expenses and attorneys' fees incurred in connection with the action, the resolution of this action, and this dismissal.

IT IS SO ORDERED.

DATED:
   May 23, 2012.

_____
Hon. S. James Otero
U.S. District Court Judge