M. Taylor Florence (SBN 159695)
tflorence@lockelord.com
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Plaintiff
LEOPOLD XIII SPRL

David Aronoff (SBN 125694)
daronoff@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Facsimile:  (310) 789-4601

Attorneys for Defendants
LIONS GATE ENTERTAINMENT
CORPORATION and LIONS GATE
FILMS, INC.

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LEOPOLD XIII SPRL,<br><br>Plaintiffs,<br><br>v.<br><br>LIONS GATE ENTERTAINMENT CORPORATION AND LIONS GATE FILMS, INC., and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV11-9620 SJO (FFMx)<br><br>**ORDER DISMISSING DEFENDANTS LIONS GATE ENTERTAINMENT CORPORATION and LIONS GATE FILMS, INC. WITH PREJUDICE**<br><br>Honorable S. James Otero |

1  Pursuant to the stipulation pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), entered into by plaintiff Leopold XIII SPRL, on the one hand, and
3  defendants Lions Gate Entertainment Corporation and Lions Gate Films, Inc., on the
4  other hand, for the dismissal with prejudice of this action in its entirety, with said
5  parties to each bear their own costs, expenses and attorneys' fees, and good cause
6  appearing, therefor,
7  IT IS HEREBY ORDERED AND DECREED as follows:
8  This action is hereby dismissed with prejudice, with each of the parties bearing
9  its own costs, expenses and attorneys' fees incurred in connection with the action, the
10 resolution of this action, and this dismissal.

12 IT IS SO ORDERED.

14 DATED:
        May 23, 2012.                    _____
                                         Hon. S. James Otero
                                         U.S. District Court Judge